# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAVIS BROWN, | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-192-CE |
| | § | |
| SAM JONES, ET AL. | § | |

## ORDER

On March 11, 2008, the undersigned issued a report and recommendation to the Honorable T. John Ward, United States District Judge for the Eastern District of Texas–Marshall Division, regarding the disposition of several outstanding motions in this case. On March 18, 2008, at the request of the parties, this case was reassigned to the undersigned to conduct all remaining proceedings in this case. In light of the reassignment of the case, the undersigned hereby adopts his report and recommendation as the final conclusions and findings of this court.

In this regard, the court denies-in-part and grants-in-part the defendants motion to dismiss certain claims and parties (#30), and denies as moot the defendants' prior motion to dismiss certain claims and parties (#8), the motion for a more definite statement (#9), the motion for a Rule 7 reply (#12), and the motion to limit discovery and disclosures to qualified immunity (#13).

SIGNED this 31st day of March, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE